# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE | ) | |
| BRENT E. PODMOSTKA, | ) | CASE NUMBER: 14-15750 WCH |
|  | ) | |
| Debtor | ) | |
|  | ) | |

## MOTION OF THE CREDITOR, JONATHAN SUAREZ, FOR RELIEF FROM STAY

Comes now the Creditor, Jonathan Suarez, and moves that this Honorable Court grant relief from the automatic stay so that he can continue the civil matter in Middlesex Superior Court, **Jonathan Suarez v. Brent E. Podmostka and Publishers Circulation Fulfillment, Inc.**, Docket No.: MICV2014-8538.

In support of this motion, the Creditor states that the lawsuit pending in Middlesex Superior Court arises out of a motor vehicle accident. The Debtor, Brent E. Podmostka, does have automobile insurance to indemnify him to some extent, with policy limits of $20,000.00. In addition, the Creditor has named Publishers Circulation Fulfillment, Inc. as Co-Defendant and employer at the time of the collision. To the extent that the Debtor is found liable for the resulting damages, Co-Defendant is vicariously liable to the same extent. It is anticipated that the combination of coverages of the Co-Defendants will be sufficient to pay any judgment that the Creditor may obtain.

In addition, the Debtor's Auto Insurance Company has provided counsel for the Debtor in this matter, without cost to the Debtor. As such, the Debtor will not be prejudiced by the granting of this motion. The Creditor acknowledges that in the event a judgment should be obtained in excess of the combined policy limits, that that excess would be considered unsecured debt and would be dischargeable as to

the named Debtor.

For the foregoing reasons the Creditor respectfully prays that this Honorable Court will grant his Motion for Relief From Stay and allow him to continue the Civil Action filed in Middlesex Superior Court.

Respectfully Submitted,
The Creditor,
by his Attorney,

/s/ Louis S. Haskell
Louis S. Haskell
16 Pine Street
Lowell, MA 01851
Dated: January 5, 2015   BBO: 550818
(978)459-8359

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE )
BRENT E. PODMOSTKA, ) CASE NUMBER: 14-15750 WCH
)
Debtor )
)
)

CERTIFICATE OF SERVICE

I, Louis S. Haskell, do hereby certify that on this day a true and exact copy of the **Motion of the Creditor, Jonathan Suarez for Relief From Stay** was sent to, by first class mail postage prepaid or ECF filing to the following individuals:

Chapter 7 Trustee
John J. Aquino
240 Lewis Wharf
Boston, MA 02110

Brent E. Podmostka
1 Iroquois Road
Danvers, MA 01923

Civil Clerk
Middlesex Superior Court
200 Trade Center, 2nd Floor
Woburn, MA 01801

Jay P. Johnson
2 First Avenue
Suite 114
Peabody, MA 01960

Michael Arter
Law Offices of Steven B. Stein
Two Financial Center
60 South Street, Suite 1000
Boston, MA 02111

Peter E. Heppner
Lynch & Lynch
45 Bristol Drive, 3rd Floor
South Easton, MA 02375

/s/ Louis S. Haskell
Louis S. Haskell, Esq.

Date: January 6, 2015